UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TAE HUI AN**, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 16-cv-812 (TSC) |
| **ANS ENTERPRISE, INC.**, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Consistent with the court's oral ruling at the June 13, 2017 Settlement Hearing, and for the reasons stated on the record, the parties' Motion to Approve the Settlement (ECF No. 24) is hereby GRANTED and this action is hereby DISMISSED with prejudice.

Date: July 3, 2017

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge